UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CHARLES NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES F.B.O.P. et al.,<br><br>    Defendants. | Case No. 5:25-cv-02246-SB-ADS<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered September 16, 2025, it is ordered that Plaintiff Nelson's claims against all defendants are dismissed without prejudice.

    This is a final judgment.

Date: October 2, 2025

                                                         Stanley Blumenfeld, Jr.
                                                         United States District Judge